UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
ALVARO SANDOVAL,

                                 Plaintiff,

      - against -

MATERIA BROS., INC., SALVATOR MATERIA
and VINCENCIO MATERIA,

                                Defendants.
---------------------------------------------------------------------x

11-CV-4250 (CS) (GAY)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Seibel, J.

      Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge George A. Yanthis, dated March 5, 2013, (Doc. 21), recommending that judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $28,846.99, representing $20,350.46 in damages and $8,496.53 in attorneys' fees and costs.  Familiarity with the prior proceedings, the R&R, and the issues presented is presumed.  Neither party has raised objections to the R&R, and accordingly I have reviewed it for plain error.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008); *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).  Finding none, I adopt the R&R as the decision of the Court.  The Clerk of the Court is respectfully directed to enter judgment as described above, and close the case.

**SO ORDERED.**

Dated: April 24, 2013
       White Plains, New York

                                                        _____
                                                        CATHY SEIBEL, U.S.D.J.